UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Charles B. Day
United States Magistrate Judge

RE: William McMullen v. WMATA, et al.
Civil Action No. CBD-11-990

DATE: October 13, 2011

\* \* \* \* \* \* \* \* \*

Please be advised that a telephone conference has been set for **Thursday, October 27, 2011 at 3:00 p.m.** for the purpose of setting in a schedule in the above-captioned matter.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

Phone number:            (888) 684-8852
Access code:             5923783
Participant Security code:   1390

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.