| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

## MEMORANDUM

TO:  Counsel of Record

FROM:  Judge Charles B. Day
United States Magistrate Judge

RE:  <u>William McMullen v. WMATA, et al.</u>
Civil Action No. CBD-11-990

DATE:  October 13, 2011

\* \* \* \* \* \* \* \* \*

Please be advised that a telephone conference has been set for **Thursday, October 27, 2011 at 3:00 p.m.** for the purpose of setting in a schedule in the above-captioned matter.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

| | |
|---|---|
| Phone number: | (888) 684-8852 |
| Access code: | 5923783 |
| Participant Security code: | 1390 |

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.